```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  JAY R. WEILL (CSBN 75434)
    Assistant United States Attorney
 3  Chief, Tax Division
    EMILY J. KINGSTON (CSBN 184752)
 4  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-7000
 6
 7  Attorneys for the United States of America
```

**FILED**

MAY 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Submitting Counsel are directed to serve this order upon all other parties in this action.**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SHERRON CROWLEY, Revenue Agent, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>RAYMOND E. VOGT,<br><br>Respondent. | NO.   C-04-3286 SBA<br><br>UNITED STATES' REQUEST TO DISMISS ACTION AND VACATE CONTEMPT HEARING AND [~~Proposed~~] ORDER THEREON<br>Date:   May 10, 2005<br>Time:   1:00 p.m. |

The Petitioners, the United States of America and Revenue Agent Sherron Crowley, hereby respectfully request, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the Court enter an Order dismissing this action as the Respondent, Raymond E. Vogt, has substantially complied with the administrative Internal Revenue Service summons served upon him, which underlies this action.

In light of this request for dismissal, the Petitioners further respectfully request that the Court vacate the Contempt hearing scheduled for May 10, 2005, at 1:00 p.m.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: _May 3, 2005_         By:   _/s/ Emily J. Kingston_
                                   EMILY J. KINGSTON
                                   Assistant United States Attorney
                                   Tax Division
                                   Counsel for the Petitioners

---

*Request to Dismiss Action and Vacate Contempt Hearing*
C-04-3286 SBA                                    1

## ORDER

The Court having read and considered the Petitioners' Request to Dismiss Action and to Vacate Contempt Hearing, being aware of the facts in this case, and being advised that the Respondent, Raymond E. Vogt, has substantially complied with the summons underlying this action, and for good cause shown,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed with prejudice.

**IT IS FURTHER HEREBY ORDERED** that the Contempt Hearing scheduled for Tuesday, May 10, 2005, at 1:00 p.m., is vacated.

**IT IS SO ORDERED.**

Dated: 5-4-05

THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

## CERTIFICATE OF SERVICE

I, **KATHY TERRY** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that on **May 3, 2005**, I caused a copy of the following:

PETITIONERS' REQUEST TO DISMISS ACTION<br>AND VACATE CONTEMPT HEARING<br>AND [Proposed] ORDER THEREON

to be served this date upon the Respondent in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice, to the party addressed as follows:

Raymond E. Vogt, Jr.
663 South Bernardo Avenue # 131
Sunnyvale, California 94087

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **May 3, 2005** at San Francisco, California.


*/s/ Kathy Terry*
**KATHY TERRY**
**Legal Assistant**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America et al,

        Plaintiff,

v.

Vogt et al,

        Defendant.

Case Number: CV04-03286 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emily J. Kingston
Unites States Attorney's Office
10th Floor Federal Building
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Raymond E. Vogt
663 South Bernardo Avenue
#131
Sunnyvale, CA 94087

Dated: May 13, 2005

        Richard W. Wieking, Clerk
        By: Jessie Mosley, Deputy Clerk